IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 MAY -5 AM 6:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| EDGEWOOD DEVELOPMENT COMPANY, LLC, ) ) ) Plaintiff, ) ) v. ) ) TOWN OF COLLIERVILLE, *et al.*, ) ) Defendants. ) | Docket No. 04-2895 DV |

## ORDER GRANTING LEAVE TO EXCEED THE TWENTY PAGE LIMIT

It appearing to the Court that Defendant Ashworth-Vaughan's motion for leave to exceed the twenty page limitation is well taken, it is hereby:

ORDERED that Ashworth-Vaughan is granted leave to file the Supplemental Memorandum attached to its Motion for Leave as Exhibit 1. It is further ordered that Ashworth-Vaughan's Supplemental Memorandum shall be deemed to have been filed as of the date on which Ashworth-Vaughan filed its motion for leave to exceed the twenty page limitation.

It is so ORDERED this ___4th___ day of ___May___, 2005.

[signature]

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02895 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Bryan E. Dye
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT