UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ___ D.C.

05 JUL 12 PM 5: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDGEWOOD DEVELOPMENT
COMPANY, LLC,

    Plaintiff,

VS.                                                         No. 04-2895 DV

TOWN OF COLLIERVILLE, et al,

    Defendants.

## ORDER GRANTING LEAVE TO AMEND

THIS CAUSE came on to be heard on Motion of the Defendant, John W. Ashworth, III for Leave to Amend his Answer filed June 30, 2005, it appearing that there is no opposition by Plaintiff to same.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that the Defendant, John W. Ashworth, III should be and is hereby allowed to amend his Answer in accordance with his Motion.

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

July 11, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/13/05

1729659.1/12315.13152

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CV-02895 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Bryan E. Dye
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Joe L. Wyatt  
McWHIRTER WYATT & ELDER  
73 Union Ave.  
Memphis, TN 38103

Honorable Bernice Donald  
US DISTRICT COURT