FILED BY _____ D.C.

05 OCT 11 PM 3: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| EDGEWOOD DEVELOPMENT COMPANY, LLC | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 04-2895 DV |
| TOWN OF COLLIERVILLE, A Tennessee Municipal Corporation, | ) |
| And | ) |
| FRANK MCPHAIL, Individually And In His Official Capacity As Assistant To The Engineer For Collierville, | ) |
| And | ) |
| HARVEY MATHENY, Individually And In His Official Capacity As the Engineer for Collierville, | ) |
| And | ) |
| FRED D. ROGERS, JR., Individually And In His Official Capacity As Director of Development For Collierville, | ) |
| And | ) |
| JOHN W. ASHWORTH, III, Individually, | ) |
| And | ) |
| CHUCK DOWNHAM, Individually And In His Official Capacity As The Chief Executive Of The Collierville | ) |

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



Planning Department Commission Staff, )
)
And )
)
)
ASHWORTH-VAUGHAN, INC., )
A Tennessee For-Profit Corporation, )
)
And )
)
)
S.M.W. DEVELOPMENT, LLC, )
A Tennessee Limited Liability Company, )
)
And )
)
)
LINDA KERLEY, )
Individually And In Her Official Capacity As Mayor )
Of The Town of Collierville, )
)
And )
)
)
JAMES LEWELLEN, )
Individually And In His Official Capacity As )
Administrator Of The Town Of Collierville, )
)
And )
)
)
DOES No. 1 - No. 5, )
Individually And In Their Official Capacities )
As Officials Of The Town Of Collierville, )
)
And )
)
)
DOES No. 6 - No. 10, )
Private Individuals In Conspiracy With )
Officials Of The Town Of Collierville, )
)
)
Defendants. )

**CONSENT ORDER OF DISMISSAL OF THE RENAISSANCE GROUP, INC., WITH PREJUDICE**

The Court, having been advised by plaintiff, Edgewood Development Company, LLC, and by defendant, The Renaissance Group, Inc., that they have fully compromised the claims and disputes that are raised or could have been raised between them in the instant case and that they desire all of the claims and/or counterclaims that were or could have been raised by either against the other to be dismissed with prejudice, the Court is of the opinion that this case, insofar as it involves Edgewood Development Company, LLC and The Renaissance Group, Inc. should be dismissed. Therefore, it is

ORDERED, ADJUDGED AND DECREED that all of the claims, controversies and disputes that are raised or could have been raised in the instant case, between Edgewood Development Company, LLC and The Renaissance Group, Inc., should be and the same hereby are dismissed with prejudice.

ENTERED this 30th day of September, 2005.

_____
BERNICE DONALD, District Judge

Approved in Form and Substance:

LARRY E. PARRISH, P.C.
Attorneys for Plaintiff

By: _____ by permission
Larry E. Parrish, BPR 8464          ECT

3

The Crescent Center
6075 Poplar Avenue, Suite 420
Memphis, Tennessee 38119-4763
(901) 767-8000

ARMSTRONG ALLEN, PLLC
Attorneys for The Renaissance Group, Inc.

By: _____
Mark S. Norris, BPR 7354
80 Monroe Avenue, Suite 700
Memphis, TN 38103-2467

K:\msn\case files\r\renaissanceGroup\edgewood\consent order of dismissal.doc

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CV-02895 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Bryan E. Dye
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Bernice Donald
US DISTRICT COURT